### LOONEY v. THORPE BROS.

(Circuit Court of Appeals, Eighth Circuit. December 14, 1921.)

No. 5868.

Appeal from the District Court of the United States for the District of New Mexico; Colin Neblett, Judge.

Suit in equity by Thorpe Bros., a corporation, against John Looney. Decree for complainant, and defendant appeals. Affirmed.

C. C. Catron, of Santa Fé, N. M., for appellant.
John H. Fry, of Denver, Colo., for appellee.

Before CARLAND, Circuit Judge, and YOUMANS and JOHNSON, District Judges.

CARLAND, Circuit Judge. This case is ruled by the opinion in No. 5867, John Looney, Appellant, Thorpe Brothers, a Corporation, Appellee, 277 Fed. 367, this day decided. The mortgage covers different lands than those mentioned in No. 5867.

For the reasons stated in our opinion in No. 5867, the decree below is affirmed.